UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| **v.** ) | **DOCKET NO. 16-CR-10134-DPW** |
| ) | |
| **DAVID TKHILAISHVILI** ) | |

## NOTICE OF APPEAL

Notice is hereby given that defendant David Tkhiliashvili appeals to the United States Court of Appeals for the First Circuit from the Judgment entered on December 19, 2017 in the above captioned matter.

**DAVID TKHILAISHVILI**
**By His Attorney,**

*/s/ Oscar Cruz*
**Oscar Cruz**
**BBO: #630813**
**Federal Defender Office**
**51 Sleeper Street, 5th Floor**
**Boston, MA   02210**
**Tel: 617-223-8061**

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) on December 28, 2017.

*/s/ Oscar Cruz*
Oscar Cruz

1