**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

**CLERK'S CERTIFICATE AND APPEALS COVER SHEET**

**ABBREVIATED ELECTRONIC RECORD**

---

Case Caption: United States of America v. David Tkhilaishvili

District Court Number: 16cr10134-DPW-1

---

Fee: Paid? Yes ____ No ____  Government filer ____  In Forma Pauperis Yes _X_ No ____

---

| | | | |
|---|---|---|---|
| Motions Pending *If yes, document #* | Yes ____ No _X_ | Sealed documents *If yes, document #* | Yes _X_ No ____ 12,122 |
| Ex parte documents *If yes, document #* | Yes _X_ No ____ 80,81 | Transcripts *If yes, document #* | Yes _X_ No ____ 58,62,146,147,169,170,171 |

---

Notice of Appeal filed by: Plaintiff/Petitioner ____  Defendant/Respondent _X_  Other: ____

Appeal from:
#181 Judgment
Other information:

---

I, Robert M. Farrell, Clerk of the United States District Court for the District of Massachusetts, do hereby certify that the annexed electronic documents:

#181 and #185

with the electronic docket sheet, constitute the abbreviated record on appeal in the above entitled case for the Notice of Appeal # 185 filed on December 28, 2017.

In testimony whereof, I hereunto set my hand and affix the seal of this Court on January 30, 2018.

**ROBERT M. FARRELL**
Clerk of Court

/s/Matthew A. Paine
Deputy Clerk

---

COURT OF APPEALS DOCKET NUMBER ASSIGNED: _____

**PLEASE RETURN TO THE USDC CLERK'S OFFICE**